AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
LUIS MANUEL PEREZ

*Defendant*

Case No. 5:26-cr-117-TPB-PRL

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Luis Manuel Perez, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Voting by an Alien in Presidential Election, in violation of 18 U.S.C. § 611(a).

Date: October 19, 2026

M Taylor
*Issuing officer's signature*

City and state: Ocala, Florida

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/20/2026, and the person was arrested on *(date)* 10/21/2026 at *(city and state)* Spring Hill, FL.

Date: 10/21/2026

*Arresting officer's signature*

Jeffrey A. Broadman, Special Agent
*Printed name and title*